## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WINFRED MAPLES                                                                                           PLAINTIFF

v.                                            No. 3:06CV00175 JLH

AMERICAN GREETINGS CORPORATION                                                        DEFENDANT

### ORDER

The joint motion to extend discovery and motion deadlines is GRANTED. Document #18. The discovery deadline is extended up to and including February 23, 2007; the deadline for filing dispositive motions and status reports is extended up to and including March 2, 2007; and the deadline for filing pretrial disclosures is extended up to and including March 30, 2007. All other deadlines set forth in the Final Scheduling Order remain unchanged.

IT IS SO ORDERED this 9th day of February, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE