# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WINFRED MAPLES                                                                      PLAINTIFF

v.                                    No. 3:06CV00175 JLH

AMERICAN GREETINGS CORPORATION                                          DEFENDANT

## ORDER

Defendant has filed a motion for *pro hac vice* admission of Jonathan S. Forman. Document #43. The motion is GRANTED. Mr. Forman is admitted to the bar of this Court for the limited purpose of representing defendant in this action, along with local counsel, Paul D. Waddell of Barrett & Deacon, P.A.

IT IS SO ORDERED this 10th day of April, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE