IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WINFRED MAPLES                                                                          PLAINTIFF

v.                                      No. 3:06CV00175 JLH

AMERICAN GREETINGS CORPORATION                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion entered separately today, judgment is entered in favor of American Greetings Corporation on all claims. The complaint of Winfred Maples is dismissed with prejudice.

IT IS SO ORDERED this 10th day of April, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE